IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00401-RPM

GRUMA CORPORATION, d/b/a MISSION FOODS, INC.,

      Plaintiff,

v.

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION,
LOCAL NO. 7,

      Defendant.

---

## ORDER FOR STATUS REPORT

---

      During a hearing on November 18, 2010, counsel informed the Court that the parties had reached an agreement and that a formal stipulation to dismiss would be forthcoming.  No pleadings have been filed since that hearing and it is therefore

      ORDERED that on or before February 14, 2011, counsel shall file a formal stipulation to dismiss or a status report.

      Dated:   February 7, 2011

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior District Judge