IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00401-RPM

GRUMA CORPORATION, d/b/a MISSION FOODS, INC.,

        Plaintiff,

v.

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION,
LOCAL NO. 7,

        Defendant.

_____

ORDER FOR DISMISSAL
_____

        Pursuant to the Stipulation of Dismissal [21] filed February 10, 2011, it is

        ORDERED that this action is dismissed with prejudice, each party to bear their own

costs and fees except as expressly agreed.

        Dated:   February 11th, 2011

                                            BY THE COURT:


                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge